The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

STRIKE 3 HOLDINGS LLC,

                                    Plaintiff,

        v.

JOHN DOE (50.54.142.188),

                                    Defendant.

Case No. 2:17-cv-01733-TSZ

**DECLARATION OF SERVICE OF COURT'S MINUTE ORDER**

Melinda R. Sullivan, declares:

1.      I am an employee of Fox Rothschild LLP which represents Strike 3 Holdings LLC.  I am over the age of 18 and competent to make this Declaration and do so based on personal knowledge.

2.      On January 26, 2018, I faxed a copy of the Court's Minute Order (Dkt. #8) by faxing a copy to the following recipient:

Frontier Communications/Legal Compliance
1800 41st St., Suite N-100, MC-WA0102SE
Everett, WA 98203

Facsimile: (425) 258-9379

3.      Attached as Exhibit A is a true and correct copy of fax transmission confirmation.

DECLARATION OF SERVICE RE MINUTE ORDER
(2:17-CV-01733-TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

53174301.v1

1   I declare under penalty of perjury under the laws of the State of Washington and the laws

2   of the United States of America that the foregoing is true and correct.

3   DATED this 29th day of January, 2018 at Seattle, Washington.

4

5

6                                   _____
                                    Melinda R. Sullivan
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE RE MINUTE ORDER
(2:17-CV-01733-TSZ) - 2

53174301.v1

# EXHIBIT A

## Sullivan, Melinda

| | |
|---|---|
| **From:** | send@mail.efax.com |
| **Sent:** | Friday, December 22, 2017 12:46 PM |
| **To:** | Sullivan, Melinda |
| **Subject:** | [EXT] Successful transmission to 14252589379. Re: Legal Compliance, Frontier Communications |
| **Attachments:** | 20171222_123748539_FAX_1776154010.tif |



Dear Sullivan, Melinda,

**Re: Legal Compliance, Frontier Communications**

The 8 page fax you sent through eFax Solutions to 14252589379 was successfully transmitted at 2017-12-22 20:45:48 (GMT).

The length of transmission was 497 seconds.

The receiving machine's fax ID: .

If you need additional assistance, please visit our online help center at https://www.efaxcorporate.com/corp/twa/page/customerSupport. Thank you for using the eFax Solutions service.

Best Regards,
eFax Solutions

---

**Customer Service**
Online Help: https://www.efaxcorporate.com/corp/twa/page/customerSupport
Tel: 1-323-817-3202
Email: corporatesupport@mail.efax.com

**Reference ID:**

---



© 2017 j2 Cloud Services, Inc. All rights reserved.
eFax Corporate is a registered trademark of j2 Cloud Services, Inc.

This account is subject to the terms listed in the eFax Corporate Customer Agreement.