The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 50.54.142.188,<br><br>　　　　　　　Defendant. | Case No.: 2:17-cv-01733-TSZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |

Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action and all claims asserted therein *with prejudice.*  Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED this 9th day of February, 2018

FOX ROTHSCHILD LLP


　s/ *Bryan J. Case*
Bryan J. Case, WSBA #41781

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF JOHN DOE (2:17-cv-01733-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

1

53479556.v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  *s/ Bryan J. Case*
　　　Bryan J. Case

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF JOHN DOE (2:17-cv-01733-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

2

53479556.v1